UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION
_____

CEDRICK LEDALE TAYLOR,

    Petitioner,

v.

RANDEE REWERTS,

    Respondent.

_____/

Case No. 1:18-cv-962

Honorable Paul L. Maloney

## **ORDER**

In accordance with the opinion entered this day:

**IT IS ORDERED** that a certificate of appealability is **DENIED**.

Dated: September 13, 2018    /s/ Paul L. Maloney
    Paul L. Maloney
    United States District Judge