UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

_____

CEDRICK LEDALE TAYLOR,

        Petitioner,

v.

RANDEE REWERTS,

        Respondent.

_____/

Case No. 1:18-cv-962

Honorable Paul L. Maloney

## **JUDGMENT**

In accordance with the opinion entered this day:

**IT IS ORDERED** that the petition for writ of habeas corpus is **DISMISSED WITH PREJUDICE** under Rule 4 of the Rules Governing § 2254 Cases for failure to raise a meritorious federal claim.

Dated:   September 13, 2018             /s/ Paul L. Maloney
                                                                         Paul L. Maloney
                                                                         United States District Judge